BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED JAFARZADEH, et al., | ) |
| | ) Case No.: 1:14-cv-1829 LJO JLT |
| Plaintiffs, | ) |
| | ) **Joint Stipulation and [Proposed] Order** |
| v. | ) **re: Extension of Time** |
| | ) |
| JONATHAN CRAWFORD, et al., | ) **(Doc. 7)** |
| | ) |
| Defendants. | ) |
| | ) |

Defendants request a 45-day extension of time in which to file an answer to the complaint, and plaintiffs do not oppose this request. United States Citizenship and Immigration Services intends to notice an interview of Plaintiff in this timeframe. The parties request that the status conference date be extended as well.

Dated: January 20, 2015               Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Audrey B. Hemesath
                                      AUDREY B. HEMESATH
                                      Assistant U.S. Attorney

1

1
2  DATED: January 20, 2015                    Respectfully submitted,
3                                             /s/ Chelsea Wang
                                              CHELSEA WANG
4                                             Attorney for the Plaintiffs
5
6
7
8
                                            ORDER
9
10     Pursuant to this joint stipulation, the Court **ORDERS:**
11     1.     No later than March 9, 2015, Defendants SHALL file their responsive pleading;
12     2.     The mandatory scheduling conference is **CONTINUED** to **April 28, 2015** at 9:30
13  a.m.
14
    IT IS SO ORDERED.
15
16     Dated:   **January 21, 2015**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2