BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED JAFARZADEH, et al., | Case No.: 1:14-cv-1829 LJO JLT |
| Plaintiffs, | |
| v. | **Joint Stipulation and [Proposed] Order re: Second Extension of Time** |
| JONATHAN CRAWFORD, et al., | **(Doc. 9)** |
| Defendants. | |

Defendants request a 45-day extension of time in which to file an answer to the complaint, and plaintiffs do not oppose this request.  Plaintiff is scheduled for interview with United States Citizenship and Immigration Services on March 9, 2015.  Because of the potential that this matter will resolve at the administrative level, the parties stipulate to extend the answer deadline and request that the status conference date be extended as well.

Dated: February 26, 2015                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant U.S. Attorney

1

DATED: February 26, 2015     Respectfully submitted,
                              /s/ Chelsea Wang
                              CHELSEA WANG
                              Attorney for the Plaintiffs

## ORDER

Pursuant to this joint stipulation, the answer date is extended to May 11, 2015, and the status conference is rescheduled to **June 11, 2015** at 9:00 a.m.

**The Court does not contemplate granting any further extensions of time to file a responsive pleading or to continue the scheduling conference.**

IT IS SO ORDERED.

Dated:   **February 26, 2015**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE