# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAEED JAFARZADEH, et al.,** | **1:14-cv-1829-LJO-JLT** |
| **Plaintiffs,** | **ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL (Doc. 11)** |
| v. | |
| **JONATHAN CRAWFORD, et al.,** | |
| **Defendants.** | |

On May 20, 2015, the parties filed a stipulation under Fed. R. Civ. P. 41(a)(1)(A) to dismiss without prejudice this entire case. Doc. 11 at 1. Based on the parties' stipulation, this Court DISMISSES without prejudice this entire case.

IT IS SO ORDERED.

Dated:   **May 21, 2015**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE